UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TIMOTHY WAYNE CALHOUN | CIVIL ACTION NO. 21-1744 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| DARREL VANNOY | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the Objection [Doc. No. 9] filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Timothy Wayne Calhoun's Petition for Writ of Habeas Corpus, [Doc. No. 1], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

**MONROE, LOUISIANA**, this 7th day of October 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE